UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **EASTON WILSON,** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | No. 1:03-CR-00018-GZS |
| | ) | 1:13-CV-00366-GZS |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 1, 2013, her Recommended Decision (ECF No. 820). Movant filed his Objection to the Recommended Decision (ECF No. 821) on October 15, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Movant's 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** so that he may pursue a motion in the First Circuit Court of Appeals pursuant to § 2244(b)(3)(A), of he so chooses.

3. A certificate of appealability is **DENIED** because there is no showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).


/s/George Z. Singal_____
U.S. District Judge

Dated this 5th day of November, 2013.